## GREAT AMERICAN INSURANCE COMPANY, Plaintiff–Appellee,

v.

## MCELWEE BROTHERS, INC. & TRI–STATE DESIGN CONSTRUCTION CO., INC. (a joint venture), McElwee Brothers, Inc., Tri–State Design Construction Co., Inc., Sylvia Hurst, Ronald Davis, and Beverly Davis, Defendants,

and

## Melvin M.L. McElwee, Sr., Defendant–Appellant.

No. 04–1228.

United States Court of Appeals, Federal Circuit.

March 18, 2004.

Lloyd Noble Shields, Principal Attorney, Shields, Mott, New Orleans, LA, for Plaintiff–Appellee.

Melvin M.L. Mcelwee, Sr., Principal Attorney, Independence, LA, for Defendant–Appellant.

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.